UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :   **ORDER OF CONTINUANCE**
:
    - v. -                    :
:   19 Mag. 11095
ZACHARY CLARK,                    :
:
              Defendant.       :
:
- - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America and the affirmation of Gillian Grossman, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 2, 842(p), and 2339B, in a complaint dated November 25, 2019;

      It is further found that the defendant was arrested on November 27, 2019, in the Southern District of New York, and was presented before the Honorable Robert W. Lehrburger on November 27, 2019;

      It is further found that the defendant was ordered detained on consent and that Jonathan Marvinny, Esq., was appointed as defense counsel;

      It is further found that, under the Speedy Trial Act, the Government was initially required to file an indictment or information on or before December 30, 2019;

      It is further found that Mr. Marvinny, counsel for defendant, and Assistant United States Attorney Gillian Grossman have been

2

engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until January 29, 2019, and that a copy of this Order and the affirmation of Assistant United States Attorney Gillian Grossman be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated:  New York, New York
        December   , 2019

DEC 3 0 2019

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK